# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 28, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

Honorable Richard J. Holwell
United Stated District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

RECEIVED
OCT - 1 2007
CHAMBERS OF
RICHARD J. HOLWELL

Re: **United States v. Kennth Francis**
    07 Cr. 672 (RJH)

Dear Judge Holwell:

This is to request a modification of the bail conditions of Kenneth Francis to allow him to travel to Florida for the weekend of October 5, 2007. As part of the current bail conditions, Mr. Francis is restricted to travel to New York and New Jersey.

The initial conference on this case before Your Honor is scheduled for October 5, at 12:30 p.m. Mr. Francis is required to attend that conference. If his request is granted, he expects to leave New Jersey at 8:45 p.m. on October 5 and return on October 9 at 8:31 p.m. I enclose the itinerary of Mr. Francis including his flight reservations and address where he will be staying with relatives in Florida.

Mr. Francis is on pre-trial service supervision and has discussed this travel with his pre-trial service officer. He has been advised that he will only be allowed to travel if the Court approves this request. Assistant United States Attorney Antonia Apps has no objection to this application.

Yours truly,

John J. Byrnes, Esq.
Attorney-in-Charge
Tel. (212) 417-8735

*[Handwritten: Application Granted. Mr. Francis may fly to Miami on 10/5/07 and return on 10/9/07. SO ORDERED. USDJ 10/2/07]*

JJB/wt
Enl.

cc: Antonia M. Apps, Esq.
    Assistant United States Attorney