FD-597 (Rev 8-11-94) Page 1 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Claudia Francis
(Street Address) 137-07 Frankton Street
(City) Rosedale, Queens NY

Description of Item(s): Claudia's Bedroom Room F

1) AMEX Gift Card 3790 175031 41852
2) " " 3790 144744 96365
3) " " 3790 175031 42017
4) " " 3790 176009 38655
5) " " 3790 176007 50654
6) " " 3790 174699 23939
7) " " 3790 175521 60092
8) " " 3790 142723 30666
9) Simon Mall Gift Card 4793 4770 0593 6722
10) " " 4770 0416 9341
11) " " 4770 0564 1884
12) " " 4700 9909 7295
13) " " 4770 0729 6505
14) " " 4770 0581 3889
15) " " 4701 0113 8046
16) " " 4700 9943 2799
17) All-Access Gift Card 4007 6689 1945 0758
18) " " 6610 9239 6153
19) " " 6632 1946 5572

Claudia's Bedroom cont'd Room F

20) Vanilla Gift Card 4315 6800 4496
21) Make a difference Gift Card 4016 464 5054 8924
22) Freehold Raceway Gift Card 4460 5405 807 2698
23) King of Prussia GC 4793 4781 0205 9455
   8451

Dining Room Table Room B
1) Freehold Raceway GC 4460 5405 8061
2) " " 7355
   8114 4532
3) Simon Mall GC 4793 4701 0080 7021
4) AMEX GC 3790 175 802 99771
5) Misc receipts

Received By: SA Russell Cart (Signature)
Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Claudia Francis
(Street Address) 137-07 Franklton Street
(City) Rosedale Queens NY

Description of Item(s): Living Room RM A
1) Royal Micro 300 shredder w/ misc shredded items
2) 8 $100 American Airlines gift cards
3) 1 $50 "
4) AMEX Gift Card 3790 175795 46976
5) " " 175798 03450
6) " " 142300 69902
7) " " 146214 02761
8) Simon Mall Gift Card 4793 4770 0597 2164
9) " " 0484 2400
10) " " 0489 6885
11) " " 0416 5034
12) " " 4701 0107 0887
13) " " 4770 0522 5712
14) All-Access Gift Card 4007 6657 3398 2677
15) " " 6680 1496 9991
16) Shell Gift Card
17) Vanilla Gift Card 4315 6800 0503 9814
18) Cingular Reward Debit Card Gary Francis 4529 3832 3961 9921
19) Misc Receipt

Received By: SA Russell Cosky (Signature)   Received From: (Signature)

FD-597 (Rev 8-11-94)  Page 3 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Claudia Francis
(Street Address) 137-07 Franklin Street
(City) Rosedale, Queens NY

Description of Item(s): Kitchen Rm C
1) K-Mart Gift card
2) All access GC 4007 6666 5382 5946
3) VIP Lady Foot Locker Card

Received By: SA Russell Carty (Signature)     Received From: [Signature]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Claudia Franca

(Street Address) 137 07 Frankton Street

(City) Rosedale Queens, NY

Description of Item(s): Living Room Rm A
1) 7 - American Airline Gift Cards ($100 each)
2) Misc receipts + docs
3) Notebook
4) Sony Camcorder HDR-HC5 SN 132 8769
5) HP Computer Pavilion Ser # MXX 7130852
6) Dell Monitor CN-0TJ298-64186-725-0JB5
7) HP office Jet Pro L7580 SN MY71B120M9
8) Phillips TV Ser # YA1A054003504O

Received By: SA Russell Cast (Signature)    Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Claudia Francis
(Street Address) 137 07 Frankton Street
(City) Rosedale Queens, NY

Description of Item(s): Son's Room  Room E
1) AMEX Gift card 3790 174647 33663
2) "                "  174886 65537
3) Compaq 705us 1V1BKDKN3648 Laptop
4) Presario 55000NX CNC33909V3
5) XBOX 360 SN 022006464207
6) PS3 SN CE136546687-CECHA01
7) Samsung TV SN-AB233CL4709152Z Mod LNR32BW

Received By: SA Russell Carty (Signature)    Received From: [signature] (Signature)

FD-597 (Rev 8-11-94)                                                                                     page 6 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Claudia Francis
(Street Address) 137-07 Frankton Street
(City) Rosedale Queens, NY

Description of Item(s): Claudia's Room Rm F

1) Ziplock bag containing numerous gift cards
2) Numerous UPS labels
3) Misc receipts
4) HP Pavilion DV2000 Ser# 2CE71225IR
5) Sentry 1100 Safe (RL) GF
6) Sentry 1310 Safe (RL) GF
7) Misc store cards
8) Home Depot gift card
9) Red Lobster $25 Gift Card
10) ServiceMaster $50 Gift card
11) King Kullen Gift Card $25
12) $5 Phone card
13) PF Chang Gift Card
14) Amex Gift Card 3796 175795 49855
15) " "52158971
16) Simon Mall Gift card 4793 4700 5923 4294
17) " " 5906 4459
18) " " 5923 4292
19) " " 4793 4770 0401 4273

Received By: SA Russell Carty (Signature)    Received From: _____ (Signature)

7 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Claudia Francis
(Street Address) 13707 Frankton Street
(City) Rosedale, Queens NY

Description of Item(s): Claudia's Room Rm F
1) Sanyo HDTV SN B6400911158868
2) Sony DVD RW/VHS SN 6065094
3) Axion 8 inch LCD TV SN HF0510L01267-10A05 (Bathroom Rm 6)

Received By: _____ (Signature)

Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page 3 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Claudia Francis
(Street Address) 137-07 Frankton Street
(City) Rosedale Queens, NY

Description of Item(s): Kitchen Room C (in handbags)
1 - Misc WAMU Receipts
2 - Misc store receipts
3 - Footlocker card
4 - Finish line gift card
5 - Misc New York + Company cards
6 - Macy's gift card
7 - AMEX gift card, 3790 175 005 58819
8 - "                              " 53496
9 - Vanilla gift card 4315 6800 4496 9310
10 - Chelsea Premium Outlet Simon 4793 4786 0171 7003

Received By: SA Russell Canty (Signature)
Received From: (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Claudia Francis

(Street Address) 13707 Frankton Street

(City) Rosedale Queens, NY

Description of Item(s): Daughter's Room   Rm D
1. Vanilla Gift Card 4315 6800 0834 0961
2. (2) Simon Receipts (both $502)
3. Compaq Presario S/N MX1K3381321
4. Mitsubishi Monitor SN 001438   Mod LT-2220
5. Sony Handycam 1088293
6. Sony DVD Recorder RDR-6X7   SN 850 3188

Received By: SA Russell Carty (Signature)

Received From: (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Claudia Francis
(Street Address) 137 07 Frankton Street
(City) Rosedale Queens, NY

Description of Item(s): Dining Room Room B
1) AAirlines voucher
2) Notebook
3) Olympus C4000 Zoom SN 237542778

Received By: SA Russell Cash (Signature)
Received From: (Signature)

FD-597 (Rev 8-11-94) Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Claudia Francis
(Street Address) 137-07 Frankton Street
(City) Rosedale Queens NY

Description of Item(s): Safe #1 Sentry
1- Misc airline documents
2- Misc bank docs and statements

Received By: SA Russell Carty (Signature)
Received From: (Signature)

FD-597 (Rev 8-11-94) Page ___ of ___ 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-NY-296579

On (date) June 28, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Claudia Francis
(Street Address) 137 07 Franklin Street
(City) Rosedale Queens

Description of Item(s): Safe #2 Sentry Safe 1330
1) Misc receipts
2) Misc documents
3) Phone records
4) 5 - All access gift cards ($100 each)
5) 2 - AMEX gift cards ($100 each)
6) 2 - Freehold Raceway gift cards (labeled) ($400 each)
7) 2 - Simon gift cards ($100 each)

Received By: SA Russell Conly (Signature)    Received From: (Signature)