

jetBlue — HAPPY JETTING

Help • Speak up

| Manage your flights | Travel deals | Where we jet | TrueBlue® program |

HI, JHAMEL [if this is not you, click here]

- TrueBlue home
- TrueBlue Activity Details
- about TrueBlue
- TrueBlue terms & conditions
- JetBlue credit history
- preferences
- contact info
- login info
- book a flight
- request points
- log out

**CONFIRMED ITINERARY**

Book date:  Tuesday, 20 May 08
Confirmation number:  **DDRVJ0**
Status:  **CONFIRMED**

You will need to provide this confirmation number and government issued I.D. at check-in to receive your boarding pass.

If traveling on an international flight please check international documentation requirements.

**DEPARTING FLIGHTS**

**From Newark, NJ (EWR) to Ft Lauderdale, FL (FLL)**

Monday, 28 Jul 08   Flight 511   Depart Newark, NJ (EWR) at 3:40 PM and arrive in Ft Lauderdale, FL (FLL) at 6:38 PM

**RETURNING FLIGHTS**

**From Ft Lauderdale, FL (FLL) to Newark, NJ (EWR)**

Monday, 04 Aug 08   Flight 506   Depart Ft Lauderdale, FL (FLL) at 1:20 PM and arrive in Newark, NJ (EWR) at 4:30 PM

**CONTACT INFORMATION**

TRAVELOCITY
11603 CROSSWINDS WAY STE 125
SAN ANTONIO TX 78233
UNITED STATES

**PASSENGER INFORMATION**

1 Passenger:
Adult 1:   JHAMEL FRANCIS

**PRICING**

Total for 1 Passenger
   Fare price        $   193.48 USD
   Taxes             $    35.52 USD
   Total price       $   229.00 USD

**PAYMENT**

Payment via Credit Card
Form of payment        Visa
Payment Status         CONFIRMED
Cardholder name        LORETTA FRANCIS
Card Number            XXXXXXXXXXXX3023
Payment amount         $229.00 USD

**SEATS GOING OUT**

Ex. 1